### PHILIP CASWELL VS. BRIGANTINE *Swansey,* 1749

### LIBEL PHI: CASWELL VS. BRIG^N *Swansey*

was read in Court
and the Court was adjourned untill Monday next the 4th Instant at Ten o Clock A. M.
and opened accordingly, Libel read and Plea. The Case was Continued by request of the Defendants untill Thursday the 7th Instant at Ten o Clock A. M.
and opened and adjourned

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty held at Newport on the Second day of Dec$^r$ in the Twenty Third Year of his Majesty's Reign Anno Dom 1749 and from thence continued by Adjournment untill the 7th of the same Month